4867.   THOMASVILLE LIVE STOCK COMPANY *v.* ATLANTIC COAST
LINE RAILROAD COMPANY.

HILL, C. J.  The controlling questions of law made by the record in this
case fall squarely within the rulings of this court in *Atlantic Coast
Line R. Co.* v. *Hill,* 12 *Ga. App.* 392 (77 S. E. 316), and *Atlantic Coast
Line R. Co.* v. *Thomasville Live Stock Co.,* ante, 102 (78 S. E. 1019).
Under these decisions the allegations of the petition showed jurisdiction
and a cause of action, and the judgment sustaining the demurrer and
dismissing the petition was erroneous.          *Judgment reversed.*
                   DECIDED AUGUST 25, 1913.

Action for damages; from city court of Thomasville—Judge
W. H. Hammond.   March 24, 1913.

*Fondren Mitchell,* for plaintiff.

*J. H. Merrill, Bennet & Branch, Russell Snow,* for defendant.

---

4870.   GEORGIA & FLORIDA RAILWAY CO. *v.* NORMAN.

HILL, C. J.  The statutory presumption of negligence, which arose on proof
that the cattle were killed by the running of the locomotive and cars of
the defendant railroad company, not having been rebutted by the evi-
dence, a verdict based alone on the presumption was authorized by law;
and the judgment refusing a new trial must be affirmed.
                                           *Judgment affirmed.*
                   DECIDED AUGUST 25, 1913.

Action for damages—appeal; from Colquitt superior court—
Judge Thomas.   April 15, 1913.

*W. F. Way,* for plaintiff in error.   *Shipp & Kline,* contra.